UNITED STATES of America,
Plaintiff–Appellee,

v.

James McSWAIN, Defendant–Appellant.

No. 05–15437

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 26, 2006.

James McSwain, Yazoo City, MS, pro se.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Appellee.

Before TJOFLAT, DUBINA and HULL, Circuit Judges.

PER CURIAM:

Terrance M. Lenamon, counsel for James McSwain, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McSwain's conviction and sentence are **AFFIRMED**.